

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2015

No. 04-14-00521-CV

**MEDINA INTERESTS, LTD**,
Appellant

v.

William Paul **TRIAL**, et al.,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-04-00098-CVK
Honorable Stella Saxon, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Appellant's unopposed Motion for Continuance of Oral Argument is GRANTED, and the current submission date of May 13, 2015 is hereby WITHDRAWN.

The above cause has been re-set for formal submission and oral argument before this court on Thursday, May 21, 2015, 9:00 a.m, before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Chapa.

Argument is limited to twenty (20) minutes each side with ten (10) minutes rebuttal.

**PER CURIAM**

Attested to: _____
Keith E. Hottle
Clerk of Court